**Fill in this information to identify the case:**

Debtor 1      Jeffery Richard Pabst, Sr.

Debtor 2      Michele Margaret Pabst
(Spouse, if filing)

United States Bankruptcy Court for the:     Northern  District of Illinois
                                                              (State)

Case number   20-06176

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Chalet Series III Trust

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account:  8  7  9  6

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | 4/17/2020 | (5) $ 550.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify:_____ | | (10) $ |
| 11. Other. Specify: Postage USPS Mail | 4/20/2020 | (11) $ 3.20 |
| 12. Other. Specify: 410A Form | 4/142020 | (12) $ 250.00 |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          page 1

Debtor 1  **Jeffery Richard Pabst, Sr.**
First Name   Middle Name   Last Name

Case number (*if known*) **20-06176**

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons
Signature

Date 8 / 13 2020

Print: **Molly Slutsky Simons**
First Name   Middle Name   Last Name

Title **Attorney for Creditor**

Company **Sottile & Barile, Attorneys at Law**

Address **394 Wards Corner Road, Suite 180**
Number   Street
**Loveland, OH 45140**
City   State   ZIP Code

Contact phone ( 513 ) 444 – 4100

Email **bankruptcy@sottileandbarile.com**

| Invoice Date |
|---|
| 04/20/2020 |

| Invoice Number |
|---|
| |



1920 Old Tustin Avenue | Santa Ana, California 92705
Tel: 949.427.2010 | Fax: 949.427.2732
www.GhidottiBerger.com

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

RE: SN Servicing Corporation
vs. Jeffrey Pabst, Loan#
Case Ref Number: 20-0

anover Park, IL 60133

Area of Law: Bankruptcy                                                                 Attorney: Bryant Jaquez

BILLING SUMMARY:

| COSTS | | |
|---|---|---|
| DATE | COST DESCRIPTION | AMOUNT |
| 04/20/2020 | Postage USPS Mail | $3.20 |

| FEES | | |
|---|---|---|
| DATE | FEE DESCRIPTION | AMOUNT |
| 04/17/2020 | 2019 Fannie Mae - Bankruptcy - Chapter 13 - Proof of claim | $550.00 |
| 04/17/2020 | 2019 Fannie Mae - Bankruptcy - Proof of Claim - Form 410/410A Loan Payment History | $250.00 |

| TOTALS | |
|---|---|
| DESCRIPTION | AMOUNT |
| Total Costs This Invoice | $3.20 |
| Total Fees This Invoice | $800.00 |
| Total Hourly Fees This Invoice | $0.00 |
| Total Amount Due This Invoice | $803.20 |

Thank you for the opportunity to be of service.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 20-06176 |
| Jeffery Richard Pabst, Sr.<br>Michele Margaret Pabst | Chapter 13 |
| Debtors. | Hon. Judge A. Benjamin Goldgar |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Postpetition Mortgage Fees, Expenses, and Charges upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on August 13, 2020, before the hour of 5:00 p.m.

Steven S Camp, Debtors' Counsel
ndil@geracilaw.com

Scott Greenwood, Debtors' Counsel
ndil@geracilaw.com

Marilyn O Marshall, Trustee
courtdocs@chi13.com

Patrick S Layng, U.S. Trustee
ustpregion11.es.ecf@usdoj.gov

Jeffery Richard Pabst, Sr., Debtor
2171 Cedar Ave
Hanover Park, IL 60133

Michele Margaret Pabst, Debtor
2171 Cedar Ave
Hanover Park, IL 60133

Dated: August 13, 2020                      Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor